IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULABO USA, INC.,<br><br>    *Plaintiff,*<br><br>v.<br><br>MARKUS GERHARD JUCHHEIM,<br><br>    *Defendant.*<br><br>MARKUS GERHARD JUCHHEIM,<br>derivatively, and on behalf of JULABO USA, INC.,<br><br>    *Third-Party Plaintiff,*<br><br>v.<br><br>RALPH JUCHHEIM and DIRK FRESE,<br><br>    *Third-Party Defendants.* | Case No. 5:19-cv-01412-JDW |

## ORDER

**AND NOW**, this 9th day of December, 2020, upon consideration of Third-Party Defendants, Ralph Juchheim and Dirk Frese's Motion for Summary Judgment (ECF No. 45) and Third-Party Plaintiff Markus Juchheim's Motion for Summary Judgment (ECF No. 49), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** as follows:

1. The Third-Party Defendants' Motion for Summary Judgment (ECF No. 45) is **GRANTED**;

2. The Third-Party Plaintiff's Motion for Summary Judgment (ECF No. 49) is **DENIED**; and

3. The Third-Party Defendants' Motion for Separate Trial (ECF No. 47) is **DENIED AS MOOT**.

            BY THE COURT:

            */s/ Joshua D. Wolson*
            JOSHUA D. WOLSON, J.
            United States District Judge