# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULABO USA, INC.,**  *Plaintiff,*  v.  **MARKUS GERHARD JUCHHEIM**  *Defendant* | **Case No. 5:19-cv-01412-JDW** |

## ORDER

**AND NOW,** this 9th day of June, 2021, upon consideration of Defendant, Markus Gerhard Juchheim's Motion to Stay Litigation and Compel Arbitration (ECF No. 64), it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHERED ORDERED** that this case is **STAYED** pending completion of the arbitration before the International Centre for Dispute Resolution docketed with the ICDR as Case No. 01-21-0001-1126. The Parties shall notify the Court within seven days of the completion of that arbitration proceeding.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**